13  321|
30a 682|

### WILLIAM W. LEACH v. THE STATE.

A recognizance on appeal to the Supreme Court in a criminal case " to be void
" on condition that the said W. W. Leach do make his personal appearance be
" fore the Judge of our District Court, there to remain from day to day and from
" term to term thereafter, to abide and perform whatever decision the Supreme
" Court may make in this cause," is bad.

Appeal from Walker. The appellant was convicted of gaming. The condition of the recognizance, on appeal is stated in the synopsis of this case. The appellee moved to dismiss the appeal.

*A. P. Wiley*, for appellant.

*Attorney General*, for appellee.

WHEELER, J. The recognizance is insufficient in substance, in that it does not bind the appellant to appear at the proper time and place to abide the judgment of the Court as prescribed by the statute (Hart. Dig. Art. 471), and the appeal must be dismissed.

Appeal dismissed.